1 **CAREY D. GORDEN**
California State Bar No. 236251
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: carey_gorden@fd.org

5 Attorneys for Jesus Castrejon-Flores

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE ANTHONY J. BATTAGLIA)**

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 07MJ2732 |
| 12 Plaintiff, | ) ) ) | |
| 13 v. | ) | **CERTIFICATE OF SERVICE** |
| 14 JESUS CASTREJON-FLORES, | ) ) ) | |
| 15 Defendant. | ) ) | |

17 Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19 U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

21 Respectfully submitted,

23 DATED:    November 27, 2007    /s/ Carey D. Gorden
**CAREY D. GORDEN**
24 Federal Defenders of San Diego, Inc.
Attorneys for Jesus Castrejon-Flores